1  JOSHUA E. KIRSCH (179110)
   DAVID G. KARDON (259144)
2  GIBSON ROBB & LINDH LLP
   100 First Street, 27th Floor
3  San Francisco, California 94105
   Telephone: (415) 348-6000
4  Facsimile: (415) 348-6001

5  Attorneys for Plaintiff
   PICC PROPERTY & CASUALTY CO., LTD
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  PICC PROPERTY & CASUALTY CO.,      )   Case No. 4:08 - cv- 04693 SBA
   LTD, a foreign corporation;         )
10                                      )
              Plaintiff,                )   **REQUEST FOR CONDITIONAL**
11                                      )   **DISMISSAL WITH PREJUDICE AND**
       v.                               )   **ORDER**
12                                      )
   STX/PAN OCEAN CO., LTD., d.b.a.     )
13 PANOBULK AMERICA, a foreign         )
   corporation;                         )
14                                      )
              Defendant.                )
15 _____)

16

17      Plaintiff's counsel is pleased to report that this case is settled.  All that remains to be

18 done is the exchange of releases and settlement funds.  Accordingly, plaintiff requests that this

19 action be dismissed with prejudice, provided however that if within 60 days of the entry of this

20 order, if

21 either party files notice with the Court and serves such notice on the opposing parties that the

22 terms of this settlement have not been met, that this case will be restored to the Court's trial

23 calendar.

24 DATED: January 9, 2009              Respectfully submitted,

25                                     GIBSON ROBB & LINDH LLP

26
                                        /S/ JOSHUA E. KIRSCH
27                                     Joshua E. Kirsch
                                       Attorneys for Plaintiff
28

---

REQUEST FOR CONDITIONAL DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 4:08 - cv- 04693 SBA; Our File No.: 5474.25

| | |
|---|---|
| 1 | PICC PROPERTY & CASUALTY CO., LTD |
| 2 | IT IS SO ORDERED. |

Dated: __1/9/09

_Saundra B Armstrong_
Saundra B. Armstrong
United States District Judge

---

REQUEST FOR CONDITIONAL DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER
Case No. 4:08 - cv- 04693 SBA; Our File No.: 5474.25

- 2 -